1  DAVID F. FAUSTMAN (SBN# 081862)
   KAREN STEPHENSON (SBN# 205664)
2  GROTTA, GLASSMAN & HOFFMAN, P.C.
3  388 Market Street, Suite 500
   San Francisco, CA 94111
4  Telephone: (415) 296-3885
   Facsimile: (415) 296-3886
5
6  Attorneys for Defendant
7  RETAIL BRAND ALLIANCE, INC. dba BROOKS BROTHERS
8
9           UNITED STATES DISTRICT COURT
10         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| MICHAEL KNAPFELMAN,<br><br>Plaintiff,<br><br>vs.<br><br>RETAIL BRAND ALLIANCE, INC.,<br>BROOKS BROTHERS, and DOES 1<br>through 25, inclusive,<br><br>Defendants. | Case No. C053471 CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE<br><br>Assigned for All Purposes to:<br>Honorable Charles R. Breyer, Courtroom 8<br><br>Date: January 13, 2006<br>Time: 8:30 a.m.<br>Place: 450 Golden Gate Avenue<br>San Francisco, CA 94102 |

The parties, by and through their respective attorneys of record, respectfully request that the Court continue the Case Management Conference, currently scheduled for January 13, 2006 at 8:30 a.m., to February 3, 2006 at 8:30 a.m. Counsel for both parties are unavailable to attend the Case Management Conference on January 13, 2006 due to prior scheduling conflicts. This Stipulation and Order may be signed and submitted in counterparts.

531291                    1
STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE
MANAGEMENT CONFERENCE

GROTTA, GLASSMAN &
HOFFMAN, P.C.
COUNSELLORS AT LAW
388 MARKET STREET, SUITE 500
SAN FRANCISCO, CA 94111

| | | |
|---|---|---|
| 1 | | GROTTA, GLASSMAN & HOFFMAN, P.C. |
| 2 | Dated: January 11, 2006 | By: |
| 3 | | KAREN L. STEPHENSON |
| 4 | | Attorneys for Defendant |
| | | RETAIL BRAND ALLIANCE, INC. |
| 5 | | dba BROOKS BROTHERS |
| 6 | | |
| 7 | Dated: 1/11/2006 | By: |
| 8 | | EDITH J. BENAY |
| | | Attorney for Plaintiff MICHAEL KNAPFELMAN |
| 9 | IT IS SO ORDERED. | |
| 10 | Dated: Jan. 12, 2006 | |
| 11 | | HONORABLE CHARLES R. BREYER |
| | | Northern District Court of California |

531291

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

GROTTA, GLASSMAN &
HOFFMAN, P.C.
COUNSELLORS AT LAW
388 MARKET STREET, SUITE
500
SAN FRANCISCO, CA 94111

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 388 Market Street, Suite 500, San Francisco, California 94111.

On January 11, 2006, I served the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Edith J. Benay, Esq.
345 Franklin Street
San Francisco, CA 94102

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing, and I deposited the foregoing envelope into the firm's mail collection system. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of January 2006 at San Francisco, California.

Tameakia C. Robinson

531291

3
**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**