UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KNAPFELMAN,<br><br>                Plaintiff(s),<br><br>      v.<br><br> RETAIL BRAND ALLIANCE, INC.<br>dba BROOKS BROTHERS,<br><br>                Defendant(s).<br>_____/ | No. C-05-3471 CRB (JCS)<br><br>**ORDER DENYING REQUEST<br>FOR TELEPHONE APPERANCE<br>AT SETTLEMENT CONFERENCE**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

On March 13, 2006, Karen L. Stephenson, counsel for Defendant, submitted correspondence to the Court requesting that Defendant's corporate representative be allowed to participate by telephone in the April 24, 2006 Settlement Conference.

Defendant's request is hereby DENIED.  All parties and corporate representatives shall appear with lead trial counsel at the upcoming Settlement Conference *in person*.

IT IS SO ORDERED.

Dated: March 17, 2006

                                                                                    _____
                                                                                    JOSEPH C. SPERO
                                                                                    United States Magistrate Judge