1  EDITH J. BENAY, SB # 98747
   345 Franklin Street
2  San Francisco, CA 94102
   Telephone: (415) 241-7286
3  Facsimile:  (415) 296-3886

4  Attorney for Plaintiff
   MICHAEL KNAFELMAN
5
   DAVID F. FAUSTMAN (SBN# 081862)
6  KAREN L. STEPHENSON (SBN# 205664)
   GROTTA GLASSMAN & HOFFMAN, P.C.
7  388 Market Street, Suite 500
   San Francisco CA 94111
8  Telephone: (415) 296-3885
   Facsimile:  (415) 296-3886
9
   Attorneys for Defendant
10 RETAIL BRAND ALLIANCE, INC. dba BROOKS BROTHERS

11
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
12
                         COUNTY OF SAN FRANCISCO
13

14 MICHAEL KNAPFELMAN            )   Case No.  05-4371 CRB
                                 )   STIPULATION AND [PROPOSED]
15         Plaintiff,            )   ORDER CONTINUING THE
                                 )   SETTLEMENT CONFERENCE
16     v.                        )
                                 )   Date: April 24, 2006
17 RETAIL BRAND ALLIANCE, INC.,  )   Time: 9:30 a.m.
   BROOKS BROTHERS               )   Place: 450 Golden Gate Ave.
18 and  Does 1-25, Inclusive.    )          San Francisco CA 94102
                                 )
19         Defendants.           )
                                 )
20
        WHEREAS, pursuant to the February 15, 2006 Notice of Settlement Conference and
21
   Settlement Conference Order, signed by the Honorable Joseph C. Spero, the parties are
22
   scheduled to participate in a Settlement conference on April 24, 2006;
23
        WHEREAS, the parties agree that it would be beneficial to complete the depositions of
24
   Defendant's witnesses and the remainder of Plaintiff's deposition prior to the Settlement
25
   Conference;
26
        WHEREAS, concluding these depositions prior to April 24, 2006 would not be possible
27

28 STIPULATION AND [PROPOSED] ORDER
   CONTINUING SETTLEMENT CONFERENCE            1

1  2 due to scheduling conflicts;

2  WHEREAS, the Honorable Joseph C. Spero has indicated his availability on May 8,

3  2006 at 9:30 a.m.;

4  THEREFORE, the parties, by and through their respective attorneys of record,

5  respectfully request that the Court briefly continue the Settlement Conference from April 24,

6  2006 at 9:30 a.m. to May 8, 2006, at 9:30 a.m.

8  Dated: April 13, 2006                    GROTTA GLASSMAN & HOFFMAN,
9                                           P.C.
10                                          By: // Karen L. Stephenson//
11                                              KAREN L. STEPHENSON
                                                Attorneys for Defendant
12                                              RETAIL BRAND ALLIANCE, INC.
                                                dba BROOKS BROTHERS

13  Dated: April 13, 2006                    By: // Edith J. Benay//
14
15                                              EDITH J. BENAY
                                                Attorney for Plaintiff
                                                MICHAEL KNAFELMAN
16

17  IT IS SO ORDERED.

18  Dated: April 19, 2006

19                                          HON. ~~CHARLES R. BREYER~~
                                            United States District Court
20                                          Northern District of California

*IT IS SO ORDERED — Judge Joseph C. Spero*

28  STIPULATION AND [PROPOSED] ORDER
    CONTINUING SETTLEMENT CONFERENCE          2