UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KNAPFELMAN,<br><br>        Plaintiff(s),<br><br>v.<br><br>RETAIL BRAND ALLIANCE, INC.<br>dba BROOKS BROTHERS,<br><br>        Defendant(s).<br>_____/ | No. C-05-3471 CRB (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **June 13, 2006, at 1:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **June 6, 2006**.

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case. In addition, IT IS HEREBY ORDERED as follows:

1. The Chief Executive Officer for Defendant Brooks Brothers, Claudio Del Vicchio, is ORDERED to appear in person at the Further Settlement Conference unless he delegates to another person who attends the Further Settlement Conference *unlimited* authority to settle the case.

2. The parties have agreed to a standstill of the case until the next settlement conference.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's February 15, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: May 9, 2006

JOSEPH C. SPERO
United States Magistrate Judge

2