UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KNAPFELMAN, | No. C-05-3471 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER TO SHOW CAUSE** |
| RETAIL BRAND ALLIANCE, INC.<br>dba BROOKS BROTHERS, | (E-FILING CASE) |
| Defendant(s). | |

IT IS HEREBY ORDERED that Defendant appear on **June 16, 2006, at 9:30 a.m.**, before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendant should not be ordered to reimburse Plaintiff for attorney's fees and costs incurred in connection with the May 8, 2006 Settlement Conference for failure to comply with this Court's February 15, 2006 "Notice of Settlement Conference and Settlement Conference Order."

IT IS SO ORDERED.

Dated: May 9, 2006

JOSEPH C. SPERO
United States Magistrate Judge