1

2  **EDITH J. BENAY, SB # 98747**
   345 Franklin Street
   San Francisco, CA 94102
3  (415) 241-7286

4  Attorney for Plaintiff
   MICHAEL KNAPFELMAN
5

6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         COUNTY OF SAN FRANCISCO

10 MICHAEL KNAPFELMAN            )    Case No.  C05-3471
                                 )
11           Plaintiff,           )
                                 )    **DISMISSAL WITH PREJUDICE**
12      v.                       )
                                 )
13 RETAIL BRAND ALLIANCE, INC.,  )
   BROOKS BROTHERS               )
14 and  Does 1-25, Inclusive.    )
                                 )
15           Defendants.         )
                                 )
16 _____ )

17

18

19

20

21

22

23

24

25

26

27 DISMISSAL WITH PREJUDICE

28

1
2
3    NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff MICHAEL
4    KNAPFELMAN dismisses with prejudice all claims in the above-captioned matter.
5
     Dated: July 18, 2006
6
7
8
9                                                /s/ Edith J. Benay
                                                 Edith J. Benay, Attorney for
10                                               Plaintiff MICHAEL KNAPFELMAN
11
12
13                           July 18, 2006
14
15
16
17
18
19
20
21
22
23
24
25
26
27   DISMISSAL WITH PREJUDICE
28                                        1