**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KNAPFELMAN,

        Plaintiff(s),

    v.

RETAIL BRAND ALLIANCE, INC.
dba BROOKS BROTHERS,

        Defendant(s).

_____/

No. C-05-3471 CRB (JCS)

**ORDER EXPUNGING ORDER TO
SHOW CAUSE AND VACATING
HEARING**

(E-FILING CASE)

TO ALL PARTIES AND COUNSEL OF RECORD:

    In light of the fact that a Dismissal with Prejudice [Document 25] has been filed, the Order to Show Cause is hereby EXPUNGED, and the hearing previously set for August 18, 2006, at 1:30 p.m. is VACATED.

    IT IS SO ORDERED.

Dated: July 19, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge